1 | Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
3737 Camino del Rio South, Suite 303
2 | San Diego, California 92108
Telephone: (619) 683-7971
3 | Facsimile: (619) 241-8309

4 | Attorney for Plaintiff
JONATHAN SAPAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>ZAPPER CREDIT SOLUTIONS, LLC, a Nevada Limited Liability Company, NEVADA STATE CORPORATE NETWORK, INC., a Nevada corporation, GRAIG ZAPPER, an individual,<br><br>    Defendants. | **Case No.: 13-cv-1964 BEN (RBB)**<br><br>**NOTICE OF SETTLEMENT** |

- 1 -

Notice of Settlement

Comes now Plaintiff JONATHAN SAPAN, to notify the Court that all parties have reached settlement of the material issues in dispute in the above captioned case. The U.S. Bankruptcy Court for the District of Nevada is scheduled to approve the settlement in a hearing to be held on January 15, 2014. We expect to be able to draft and execute a stipulation of dismissal with prejudice no more than two weeks after obtaining approval of the Bankruptcy Court. We therefore request that all current hearing dates be vacated and an OSC re dismissal be set for January 31, 2014.

DATED: December 18, 2014                    PRATO & REICHMAN, APC


                                             /s/ Christopher J. Reichman_____
                                            By: Christopher J. Reichman,
                                            Attorney for Plaintiff,
                                            JONATHAN SAPAN

Notice of Settlement

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on June 2, 2014.

  __X__   Via ECF

Thomas F. Gallagher (SBN 246856)
GALLAGHER & KRICH, APC
964 Fifth Avenue, Suite 202
San Diego, California 92101

DATED: December 18, 2014     PRATO & REICHMAN, APC

                _/s/ Christopher J. Reichman_____
                By: Christopher J. Reichman,
                Attorney for Plaintiff,
                JONATHAN SAPAN