Chris Reichman SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Facsimile: 619-241-8309

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>    Plaintiff,<br>vs.<br><br>ZAPPER CREDIT SOLUTIONS, LLC, a Nevada Limited Liability Company, NEVADA STATE CORPORATE NETWORK, INC., a Nevada corporation, GRAIG ZAPPER, an individual,<br><br>    Defendants. | Case No.: 13-cv-1964 BEN (RBB)<br><br>**NOTICE OF WITHDRAWAL OF FIRST JOINT MOTION TO DISMISS ALL DEFENDANTS WITH PREJUDICE**<br><br><br>Judge: Hon. Roger T. Benitez<br>Complaint Filed: August 22, 2013 |

1

Notice of Withdrawal of First Joint Motion To Dismiss

By and through their respective counsels, all parties to the above-captioned case hereby withdraw their first Joint Motion To Dismiss [Document No. 19]. The first motion was missing a signature and has been replaced with a fully executed new Joint Motion To Dismiss [Document No. 20].

DATED: February 2, 2015  **PRATO & REICHMAN, APC**

 _/s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
JONATHAN SAPAN

DATED: February 2, 2015  **GALLAGHER, KRICH, APC**

 ___/s/ Thomas F. Gallagher_____
By: Thomas F. Gallagher, Esq.
**Gallagher, Krich, APC**
Attorneys for Defendants
ZAPPER CREDIT SOLUTIONS, LLC,
NEVADA STATE CORPORATE
NETWORK, INC.,
and GRAIG ZAPPER

**ATTESTATION**

I hereby attest that Thomas F. Gallagher has given me approval to file this Notice of Withdrawal Of First Joint Motion To Dismiss. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 2, 2014      **PRATO & REICHMAN, APC**

                   /s/ Christopher J. Reichman
                 By: Christopher J. Reichman, Esq.
                 **Prato & Reichman, APC**
                 Attorney for Plaintiff,
                 JONATHAN SAPAN

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on February 2, 2015.

\_\_X\_\_   Via ECF

Thomas F. Gallagher, Esq.
Gallagher, Krich, APC
Attorneys for Defendants
ZAPPER CREDIT SOLUTIONS, LLC,
NEVADA STATE CORPORATE NETWORK, INC.,
and GRAIG ZAPPER
gbklaw@gmail.com

DATED: February 2, 2015            PRATO & REICHMAN, APC

                                                               _/s/ Christopher J. Reichman_____
                                                               By: Christopher J. Reichman,
                                                               Attorney for Plaintiff,
                                                               JONATHAN SAPAN