# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>  Plaintiff,<br> vs.<br><br>ZAPPER CREDIT SOLUTIONS, LLC, a Nevada Limited Liability Company, NEVADA STATE CORPORATE NETWORK, INC., a Nevada corporation, GRAIG ZAPPER, an individual,<br><br>  Defendants. | Case No.: 13-cv-1964 BEN (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Docket No. 20] |

The parties' joint motion to dismiss is **GRANTED**. This action is **DISMISSED** with prejudice as to all Defendants.

**IT IS SO ORDERED.**

DATED: February 2, 2015

_____
HON. ROGER T. BENITEZ
United States District Court Judge